AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: EDCR96-00035 RT |
| ELIJAH BUTLER ) | USM No: |
| Date of Previous Judgment: _3/22/06_ ) | Adam Axelrad |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _216_ months **is reduced to** _160_.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _38_   Amended Offense Level: _36_
Criminal History Category: _III_   Criminal History Category: _III_
Previous Guideline Range: _292_ to _365_ months   Amended Guideline Range: _235_ to _293_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated _3/22/06_ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _8/5/08_

Judge's signature: _Robert J. Timlin_

Effective Date: _AUG - 5 2008_
(if different from order date)

Printed name and title: Robert J. Timlin, Judge